```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-10-395 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| TOMAS SOTELO, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Kyle Knapp on behalf of Defendant Tomas Sotelo, that the status conference scheduled for June 25, 2013, be continued to July 30, 2013, at 9:15 a.m.

The parties are continuing to work toward resolution of the case and need additional time to exchange information regarding the potential guidelines applicable in the event of a negotiated disposition. To accomplish this process the parties are continuing with investigation in the case, which involves three

1

separate rounds of wiretap interceptions containing voluminous telephone calls and transcripts.  The parties therefore request to continue the status conference to July 30, 2013.  For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel).  Kyle Knapp has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: June 21, 2013        By: /s/ Todd D. Leras
                                              TODD D. LERAS
                                              Assistant U.S. Attorney

DATED: June 21, 2013        By: /s/ Todd D. Leras for
                                              KYLE KNAPP
                                              Attorney for Defendant TOMAS SOTELO

1 | **IT IS HEREBY ORDERED**:
2 | 1. A status conference in this matter is set for July 30,
3 | 2013, at 9:15 a.m.;
4 | 2. Based on the stipulation of the parties, the Court
5 | finds that the ends of justice outweigh the best interest of the
6 | public and Defendant in a speedy trial. Accordingly, time under
7 | the Speedy Trial Act shall be excluded under 18 U.S.C. §
8 | 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)
9 | up to and including July 30, 2013.
10 | IT IS SO ORDERED

12 | Date: June 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT