```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   CR. S-10-395 LKK
        Plaintiff,           )
                             )
                             )   ORDER FOLLOWING
                             )   STATUS CONFERENCE
    v.                       )
                             )
TOMAS SOTELO,                )
                             )
        Defendant.           )
                             )
```

This matter came before the Court for a status conference on July 30, 2013, at 9:15 a.m. Assistant United States Attorney Todd D. Leras represented the government and Attorney Kyle Knapp appeared on behalf of Defendant Tomas Sotelo. Defendant Sotelo personally appeared and was assisted by the Spanish language interpreter.

The parties informed the Court that they are continuing to work toward resolution of the case and that the government had provided defense counsel with a written plea agreement. Defense counsel requested additional time to discuss it with his client

1

1 and to provide additional information to the government regarding
 2 the potential guidelines applicable in the case.  The parties
 3 therefore requested to continue the status conference to August
 4 20, 2013.  For the above-stated reasons, the parties agreed that
 5 time should be excluded under the Speedy Trial Act, 18 U.S.C.
 6 § 3161(h)(7)(B)(iv), and Local Code T4, for reasonable time to
 7 prepare and continuity of counsel.

**IT IS HEREBY ORDERED**:

 1.  A status conference in this matter is set for August 20, 2013, at 9:15 a.m.;

 2.  Based on the representation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including August 20, 2013.

IT IS SO ORDERED

Date: August 1, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT