```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-10-395 LKK
12       Plaintiff,              )
13                               )  STIPULATION AND
                                 )  ORDER CONTINUING STATUS
14       v.                      )  CONFERENCE
                                 )
15  TOMAS SOTELO,                )
                                 )
16       Defendant.              )
                                 )
17
18
19      IT IS HEREBY STIPULATED by and between Plaintiff United
20  States of America, by and through Assistant United States
21  Attorney Todd D. Leras, and Attorney Kyle Knapp on behalf of
22  Defendant Tomas Sotelo, that the status conference scheduled for
23  August 27, 2013, be continued to September 4, 2013, at 9:15 a.m.
24      The government has provided the defense with a written plea
25  agreement.  Defense counsel needs additional time to provide the
26  government with information relating to potential revisions to
27  the resolution proposal.  In addition, defense counsel needs
28  additional time to discuss the pending resolution proposal with
                                 1
```

his client, who requires the services of a Spanish interpreter. Defense counsel is currently assigned to a jury trial in state court and requires the additional time to ensure continuity of counsel in this case.

The parties therefore request to continue the status conference to September 4, 2013. For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). Kyle Knapp has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: August 23, 2013     By: /s/ Todd D. Leras
                                           TODD D. LERAS
                                           Assistant U.S. Attorney

DATED: August 23, 2013     By: /s/ Todd D. Leras for
                                           KYLE KNAPP
                                           Attorney for Defendant TOMAS SOTELO

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for September 4, 2013, at 9:15 a.m.;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including September 4, 2013.

IT IS SO ORDERED

Date: August 26, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT