```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-10-395 LKK |
| Plaintiff, | ) | |
| | ) | ORDER FOLLOWING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| TOMAS SOTELO, SR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for a status conference on September 4, 2013, at 9:15 a.m. Assistant United States Attorney Todd D. Leras represented the government. Attorney Kyle Knapp appeared on behalf of Defendant Tomas Sotelo who was personally present.

The parties informed the Court that they are conducting additional investigation and exchanging information related to potential resolution of the case. Defense counsel had just completed a state jury trial and needed additional time to confer with his client and government counsel related to the negotiated

1

resolution. On that basis, Defendant requested that the status conference be continued to September 17, 2013, at 9:15 a.m. The parties requested an exclusion of time to that date for attorney preparation and continuity of counsel. The Court directed government counsel to prepare a formal order regarding the proceedings.

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for September 17, 2013, at 9:15 a.m., as to Defendant Sotelo; and

2. Based on the representation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel and reasonable time to prepare) up to and including September 17, 2013.

IT IS SO ORDERED

Date: September 16, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT