KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
TOMAS SOTELO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TOMAS SOTELO,<br><br>  Defendants. | No. 2:10-cr-00395 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE AND TO<br>EXCLUDE TIME<br><br>Date: February 4, 2014<br>Time: 9:15<br>Judge: Honorable Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Richard Bender, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Tomas Sotelo, that the scheduled status conference date, currently set for January 14, 2014, be vacated and that the matter be set for entry of plea on February 4, 2014 at 9:15am. It is understood that the other defendants will remain on for status conference and this pleading solely affects Mr. Sotelo.

This continuance is requested to allow defense counsel additional time to further negotiate and finalize the plea agreement. The government concurs with this request.

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial

1

and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 10, 2014 to and including February 4, 2014.

Accordingly, the remaining parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 10, 2014  /s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
TOMAS SOTELO

Dated: January 10, 2014  U.S ATTORNEY'S OFFICE

by:  /s/ Kyle Knapp for
RICHARD BENDER
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. The requested additional time is needed to finalize the plea agreement in this matter. To that end, the Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 10, 2014 to and including February 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the January 14, 2014, status conference/entry of plea hearing date be continued to February 4, 2014 at 9:15am.

**IT IS SO ORDERED**.

Dated: January 14, 2014

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```