BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95831
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>TOMAS SOTELO, SR.,<br><br>                    Defendants. | CASE NO. 2:10-CR-0395 LKK<br><br>STIPULATIOIN CONTINUING STATUS CONFERENCE/CHANGE OF PLEA AND EXCLUDING TIME; ORDER |

        This matter is currently scheduled for a status conference/change of plea for February 4, 2014 at 9:15 a.m.  Defense counsel has been ill and needs additional time to review the proposed plea agreement with the defendant and Spanish language interpreter.  Accordingly, the parties request that the status conference/change of plea hearing be rescheduled to February 20, 2014 at 9:15 a.m. at which time they anticipate either a change of plea or setting a trial schedule as to defendant Sotelo.

        The parties also request that time be excluded from the Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for defense counsel to prepare); Local Code T4 (reasonable time to prepare and continuity of counsel) from February 4, 2014, up to and including February 20, 2014, and that the Court find that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

        //

        //

Order Continuing Status Conference

[Stip./Order Continuing Status Conference, U.S. v. Tomas Sotelo,  page two]

Dated:  February 3, 2014

BENJAMIN B. WAGNER
U.S. Attorney

by  /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

Dated:  February 3, 2014

/s/ Kyle Knapp (by RJB)
KYLE KNAPP
Attorney for Tomas Sotelo

O R D E R

It is so ORDERED,

This 3rd day of February, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT