1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Attorneys for Plaintiff
   United States of America
6

7                        IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,                CASE NO. 2:10-CR-0395 LKK

11                          Plaintiff,       ORDER RE: SCHEDULING STATUS
                                             CONFERENCE AND EXCLUDING TIME UNDER
12                  v.                       SPEEDY TRIAL ACT

13  TOMAS SOTELLO, SR.,                      DATE: February 20, 2014
                                             TIME: 9:15 a.m.
14                          Defendant.       COURT: Hon. Lawrence K. Karlton

15

16         On February 20, 2014, the Court held a status conference in this case. Assistant United States

17  Attorney RICHARD J. BENDER appeared on behalf of plaintiff, the United States of America. KYLE

18  KNAPP appeared with defendant TOMAS SOTELLO, SR., who was present.

19         This Court granted a continuance for a further status conference/entry of plea to March 4, 2014,

20  at 9:15 a.m., to allow the parties to finalize the proposed plea agreement and for defense counsel to

21  review it with his client with the Spanish speaking interpreter.

22         Having found that the ends of justice served by continuing the case as requested outweigh the

23  interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

   ORDER RE: SCHEDULING STATUS CONFERENCE AND               1
   EXCLUDING TIME

1  Act, the Court therefore excluded time from February 20, 2014, to, and including, March 4, 2014, from

2  computation of time within which the trial of this matter must be commenced, pursuant to Local

3  Code T4.

4

5  DATED: February 24, 2014

6                                              LAWRENCE K. KARLTON
                                               SENIOR JUDGE
7                                              UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: SCHEDULING STATUS CONFERENCE AND
EXCLUDING TIME