**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Tomas Sotelo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-CR-395 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING DATE FOR JUDGEMENT AND SENTENCING |
| TOMAS SOTELO, | Date: August 26, 2014<br>Time: 9:00am<br>Judge: Honorable Lawrence K. Karlton |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Richard Bender, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, TOMAS SOTELO, that the current hearing date of August 12, 2014 be vacated and the matter be re-set for August 26, 2014 at 9:00 am. It is respectfully asserted that additional time is needed to fully address some issues detailed in the probation report and to provide further mitigation evidence to the court.

Dated: August 8, 2014                                                                 Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Tomas Sotelo

Dated: August 8, 2014                                                                 Respectfully submitted.

   /s/ Richard Bender
Richard Bender

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the August 12, 2014 hearing is vacated and the matter is re-set for judgement and sentencing on August 26, 2014 at 9:00am.

Dated: August 11, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT